JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LOZANO, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA LLC, et al.<br><br>               Defendants. | Case No. 2:22-cv-01953-FLA (SKx)<br><br>**ORDER DISMISSING ACTION [DKT. 23]** |

1

On June 2, 2023, Plaintiffs Alfred Lozano and Milagro Lozano filed a Notice of Dismissal, dismissing the action with prejudice. Dkt. 23. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: June 6, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge